**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**BRADLEY SOUTH**                                                            **PLAINTIFF**

**v.**                                                                  **No. 4:23-CV-223-JMV**

**MDOC**                                                                    **DEFENDANT**

**ORDER REQUIRING PLAINTIFF TO SUBMIT
COMPLAINT USING THE ENCLOSED STANDARD FORM**

      **Bradley South** has submitted a document that the court construes as a *pro se* prisoner complaint filed under 42 U.S.C. § 1983.   The plaintiff has not, however, used the court's standard form for such complaints. The court uses these forms for the expeditious administration of § 1983 cases.

      Therefore, it is **ORDERED**:

      The plaintiff must complete and return the enclosed form within 21 days.

      Plaintiff is directed to acknowledge receipt of this order by signing the enclosed acknowledgment form and returning it to the court within 14 days of this date.   Plaintiff is also warned that his failure to comply with the requirements of this order may lead to the dismissal of his complaint for failure to prosecute and for failure to comply with an order of the court.

      **SO ORDERED**, this the 22nd day of July, 2024.

                  /s/ Jane M. Virden
                  **JANE M. VIRDEN
                  UNITED STATES MAGISTRATE JUDGE**